RECEIVED
APR 03 2020
Legal Programs Department

SCANNED at LSP and Emailed
4-3-2020 by DS . 6 pages
date     initials   No.

Donald Barnes 385417
Louisiana State Penitentiary
Jag-4 Right-1D
Angola, LA 70712

---------------------------------------------------



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Michael L. McConnell
Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

March 31, 2020

Donald Barnes
Louisiana State Penitentiary
Jag-4 Right-10
Angola, LA 70712

**RE: 3:19-cv-00764-JWD-RLB**

## NOTICE

The Clerk of Court has received your documents through the United States Mail on **March 18, 2020.**

Pursuant to Local Rule 5(d)(1), pleadings submitted by a prisoner to the courts for filing which have not been scanned and emailed by authorized Louisiana State Penitentiary personnel, may, at the direction of the court, be returned.

On **March 31, 2020,** the court directed that your pleadings be returned to you without filing to be re-submitted in accordance with Local Rule 5(d)(1).

Sincerely,
Michael L. McConnell
Clerk of Court

Local Rule 5

**(d) Filing by Unrepresented Prisoners, Subject to Electronic Filing, Regarding Civil Rights and Habeas Corpus Cases.**

(1) Original Documents - Prisoners subject to electronic filing must place all documents in an envelope and place the envelope in a designated box for documents to be filed in Louisiana Federal District Courts only. No postage is required. All envelopes placed in the designated box shall be opened by authorized prison personnel in order to scan the documents. Once scanned, prison personnel shall return all original documents to the prisoner, unless otherwise directed by the Court. Any envelope placed in the designated box containing postage shall not be opened for purposes of scanning. Prison officials shall either return the envelope to the prisoner or mail it to the Court. Documents submitted by a prisoner to the Court for filing which have not been scanned and emailed by authorized prison personnel, may, at the direction of the Court, be returned to the prisoner.

(2) Scanning - Authorized prison personnel will scan prisoner documents into a pre- programmed Document Capture Workstation which converts the document to PDF. Authorized prison personnel will affix the "scanned" stamp on the document, prior to scanning, which indicates the date the document was scanned, total number of pages scanned, and the initials of the person who scanned it. Once the document has been scanned, authorized prison personnel will verify the legibility of the image on the computer screen and email the document directly to the Court's dedicated email address.

(3) Filing into Court's Electronic Case Management System - The Court will receive and review all documents received via email from the prison and electronically file submissions into the case management system. After review, if it is determined by the Court that a document does not constitute a proper filing in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Court, the document may be returned to the prisoner via the U. S. Postal Service, upon direction of the Court.