UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONALD BARNES (#385417)**

**VERSUS**

**DARRYL VANOY, ET AL.**

CIVIL ACTION

NO.  19-764-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.28) dated February 8, 2021, to which no objection was filed,

**IT IS ORDERED** that the plaintiff's claims against defendants John Doe and John Ashley are dismissed, without prejudice, for failure of the plaintiff to serve the defendants as required by Federal Rule of Civil Procedure 4(m).

Signed in Baton Rouge, Louisiana, on March 9, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**