# Department of Public Safety & Corrections
## State of Louisiana
### Louisiana State Penitentiary

**JOHN BEL EDWARDS**
Governor



**JAMES M. LE BLANC**
Secretary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2019-1471

_____
Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 1-17-2020

DONALD BARNES 385417 Case

## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

CASE NUMBER: LSP-2019-1471
EVACUEE:
DOC #: 385417      BACKLOG:
LAST NAME: BARNES       FIRST NAME: DONALD
RECORD TYPE: A    SUBJECT CODE: 0801 - FROM OTHER INMATES
INCIDENT DATE: 4/13/19   SUBJECT TYPE :
LSP Only
LSP RESPONDENT:

LSP HOUSING: CAMP D

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 07/10/2019 | 07/23/2019 | 07/23/2019 | 05-Rejected |
| STEP 2: |  |  |  |  |

COMPLAINT: REJECTED : OFFENDER COMPLAINS THAT T. NAPOLEON SAID THAT WHOEVER CAME IN HIS CELL WAS GOING OUT IN A STRETCHER AND HE TOLD SEVERAL OFFICERS THAT. OFFENDER COMPLAINS THAT T. NAPOLEON CUT HIS THROAT
IF REJECTED REASON: THE DATE OF INCIDENT IS MORE THAN 90 DAYS PAST DUE SO THEREFORE YOUR ARP IS BEING REJECTED DUE TO IT BEING UNTIMELY FILED. ARP'S MUST BE FILED WITHIN 90 DAYS OF THE INCIDENT.

G/D. Barnes v. D. Vannoy, et al USDC MD 19-764-JWD-RLB


FILED SUIT: Federal    DATE FILED: 6/25/20
EMPLOYEE NUMBER:



07/10/2019



07/10/2019

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2019 -1471

TO:  DONALD BARNES  385417                HIC 1
     Offender's Name and Number            Living Quarters

4/13/19
Date of Incident

    ACCEPTED:  This request comes to you from the Wardens Office.  A response will be issued within 40 days of this date.

X    REJECTED:  Your request has been rejected for the following reason(s):
THE DATE OF INCIDENT IS MORE THAN 90 DAYS PAST DUE SO THEREFORE YOUR ARP IS BEING REJECTED DUE TO IT BEING UNTIMELY FILED. ARP'S MUST BE FILED WITHIN 90 DAYS OF THE INCIDENT.

07/23/2019                                          Nyesha Davis
Date                                        Warden's Signature or Designee

2019-1471
0801 / RLJ

**RECEIVED**

JUL 10 2019

WARDEN'S OFFICE

Donald Barnes/#385417
Louisiana State Penitentiary
Main Prison West/Hickory #1
Angola, LA 70712

Date: July 4, 2019   *This is a Request for Administrative Remedy Procedure*

Date of Incident: April 13, 2019

**Warden Darryl Vannoy,**

    I was deliberately placed in Camp D Hawk #1, Right Cell #4, where inmate Terrence Napoleon/#467023 was already being detained for severely injuring and/or killing another inmate with a brick.
    Terrence Napoleon already told prison officials, including Major Peter Lollis, Major Maples, Captain Ashley and Sgt Shawn Miller that if they put me or anyone in the cell with him that they would be carrying him out on a stretcher. Because Napoleon had just killed another inmate with a brick, and had expressed direct homicidal ideation toward me or anyone else put in the cell. Despite these overt threats to murder by Terrence Napoleon, I was deliberately put in harms' way and celled with Terrence Napoleon.
    True to his direct and overt threat, Mr. Napoleon waited until I fell asleep and he then cut my throat wide open and I was indeed, carried out on a stretcher as Napoleon had previously threatened. This physical threat could not have occurred if I had not been deliberately and indifferently placed in harms' way. Security surveillance camera(s) will reveal the attack and aftermath resulting in my nearly being killed and requiring emergency surgery to prevent immediate death. These events occurred in violation of my right to protection from a known serious risk to health or life under the Eighth Amendment to the United States Constitution.
    Terrence Napoleon #467023 informed LSP officials Major Peter Lollis, Major Maples, Captain Ashley, and Sgt Shawn Miller that, "before shift change" (4/13/19) that they would be carrying me out on a stretcher "if they put me in the cell with him." Despite the seriousness of such a threat, I was placed within the cell with offender #467023 whom had already took the life of another offender. It was for such a violent act that he was in the cell prior to me being placed.
    A prison official is deliberately indifferent if he knows of an "excessive risk to the offender's health or safety, and disregards that risk. Here the officer(s) clearly ignored the threat(s) of the Terrence Napoleon #467023 and his direct threats of Mr. Barnes put in the cell with him.

**Relief Requested:**
1. Because of injuries sustained due to the deliberate indifference of officers: Sergeant Shawn Miller, Major Peter Lollis, Major Maples, and Captain Ashley and the permanent disfigurement.
2. I be awarded compensatory damages.

Donald Barnes/#385417
Louisiana State Penitentiary
Main Prison West/Hickory #1
Angola, LA 70712

**RECEIVED**

JUL 10 2019

LEGAL PROGRAMS DEPARTMENT

LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

7/23/19
(R)

ARP NUMBER: LSP - 2019 - 1471

RE: DONALD BARNES     385417

LOCATION:     (HIC 1)  *CBB U/L #11*

I HEREBY ACKNOWLEDGE RECEIPT OF FORM ARP-1 REGARDING REQUEST FOR REMEDY NUMBER LSP-2019-1471

RECEIVED BY: *Donald Barnes*
(INMATE'S NAME & NUMBER)

DATE RECEIVED: *7-26-19  Time 5:15 AM*

DELIVERED BY: *Sgt Wright*

==============================================================================
INSTRUCTION TO DELIVERY OFFICER:

1. Have the inmate sign this receipt.

2. Delivery Officer signs the receipt and dates it.

3. Give the inmate the White envelope.

4. Return the reciept to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

JUL 29 2019

LEGAL PROGRAMS DEPARTMENT

DUE BACK DATE

JUL 25 2019