JOHN BEL EDWARDS
Governor



JAMES M. LE BLANC
Secretary

STATE OF LOUISIANA
WEST FELICIANA PARISH
ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the originals that are maintained at Louisiana State Penitentiary.

Certified Copy of Donald Barnes 385417 Enemy List

*Delshadee Scott* (signature)

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 10-6-2020

Donald Barnes 385417 Case

TO: DISCIPLINARY BOARD

FROM:

RE: DONALD BARNES  CBA U/R MAX L 10
    DOC# 385417

DATE: 05/10/2002    October 6, 2020

On this date, the inmate's record was screened and the following list of inmates with whom he has had problems has been completed.

| NAME | NUMBER | NATURE OF PROBLEM | DATE OF PROBLEM SITUATION | CURRENT LOCATION |
|---|---|---|---|---|
| ENEMY REVIEW | | | | |
| | | NONE/INDICATED | 03/26/01 | |
| RENALDO NARGO | 460382 | AGG FIGHT/CHOKING | 8/14/19 | TU LOWER B |
| DARREN IRVIN | 566636 | AGG FIGHT/CHOKING | 8/14/19 | C JAG 1/L |
| TERRANCE NAPOLEON | 467823 | AGG FIGHT/ | 4/13/19 | D HWK 1/L |