**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**DONALD BARNES (#385417)**

**VERSUS**

**DARRYL VANOY, ET AL.**

**CIVIL ACTION**

**NO. 19-764-JWD-RLB**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated January 31, 2022, (Doc. 46), to an objection (Doc. 48) was filed and considered;

**IT IS ORDERED** that the Motion for Summary Judgment (Doc. 37) is GRANTED, dismissing all of Plaintiff's claims against defendants Darryl Vannoy, Peter Lollis, John Maples, and Shawn Miller.

**IT IS FURTHER ORDERED** that the Court declines the exercise of supplemental jurisdiction in connection with any potential state law claims, and that this action shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>February 23, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**