UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONALD BARNES (#385417)                              CIVIL ACTION

VERSUS

DARRYL VANOY, ET AL.                                 19-764-JWD-RLB

## ORDER

Considering the Appellant's application for leave to proceed *in forma pauperis* on appeal (R. Doc. 54),

**IT IS HEREBY ORDERED** that the application for leave to proceed *in forma pauperis* on appeal (R. Doc. 54), pursuant to 28 U.S.C. § 1915, is **DENIED** for the following reason:

> Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), for the reasons stated in this Court's Opinion and Judgment [1] the Court certifies that the appeal is not taken in good faith.

WHEN PERMISSION TO APPEAL *IN FORMA PAUPERIS* IS DENIED BECAUSE THE COURT CERTIFIES THAT THE APPEAL IS NOT TAKEN IN GOOD FAITH, THE FOLLOWING SECTION SHALL BE COMPLETED.

> Although this Court has certified that the appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the applicant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal, within thirty (30) days of the date of this *Order*, with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit. The cost to file a motion to proceed *in forma pauperis* on appeal with the Fifth Circuit is as calculated below, and if the Appellant moves to proceed *in forma pauperis* in the Court of Appeals, prison authorities will be directed to collect the fees in accordance with the following calculation:

> Appellant **DONALD BARNES (#385417)** is assessed an initial partial filing fee in the amount of **$2.95**. The agency having custody of the Appellant shall collect this amount from the Appellant's trust fund account or institutional equivalent, when funds are available, and shall forward it to the Clerk of Court for the Middle District of Louisiana.

---

[1] *See* R. Doc. 49 adopting record document 46, and R. Doc. 50.

Thereafter, the Appellant shall pay **$502.05**, the remaining balance of the appellate filing fees, in periodic installments. The Appellant is required to make payments of 20% of the preceding month's income credited to the Appellant's prison account until the Appellant has paid the total filing fees of **$505.00**. The agency having custody of the Appellant shall collect this amount from the Appellant's trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and shall forward such amount to the Clerk of Court for the Middle District of Louisiana.

If the Appellant moves to proceed *in forma pauperis* in the Court of Appeals, the Clerk of Court shall mail or deliver by electronic means a copy of this *Order* to the Plaintiff and to the Centralized Inmate Banking Section for the Louisiana Department of Public Safety and Corrections.

Signed in Baton Rouge, Louisiana on April 18, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**